■ FLOWER CITY INSULATION SALES AND CONTRACTORS, INC., Respondent-Appellant, v BOARD OF EDUCATION—MARCUS WHITMAN CENTRAL SCHOOL DISTRICT, Appellant-Respondent. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs in accordance with same

Memorandum as in *Flower City Insulation Sales & Contrs. v Board of Educ.* (190 AD2d 1018 [decided herewith]). (Appeals from Order of Supreme Court, Ontario County, Henry, Jr., J.— Summary Judgment.) Present—Callahan, J. P., Boomer, Green, Boehm and Davis, JJ.